# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY J. YALE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUN LIFE ASSURANCE<br>COMPANY OF CANADA,<br><br>　　　　　Defendant. | 1:12-cv-01429-AWI-SAB<br><br>ORDER SETTING BRIEFING<br>SCHEDULE PURSUANT TO<br>COURT TRIAL |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 17, 2013, the above-captioned case came on for court trial. Pursuant to trial, the Court hereby directs the parties to file and serve proposed findings of fact and conclusions of law by 5 p.m. Friday, August 30, 2013. Opposition to any proposal may be filed by 5 p.m. Monday, September 16, 2013. The matter shall thereafter be heard on Monday, September 30, 2013 at 1:30 p.m. in Courtroom 2.

IT IS SO ORDERED.

Dated:  June 17, 2013

_____
SENIOR DISTRICT JUDGE