# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY J. YALE, | 1:12-cv-01429-AWI-SAB |
| Plaintiff, | **ORDER VACATING HEARING DATE AND TAKING MATTER UNDER SUBMISSION** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | (Doc. 17) |
| Defendant. | |
| _____/ | |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On June 17, 2013, the above-captioned case came on for court trial, with the Court to issue judgment pending the parties' submission of proposed findings of fact and conclusions of law. A post-trial hearing was set for September 30, 2013. Plaintiff filed her proposed findings on August 29, 2013. Defendant filed its proposed findings on August 30, 2013. Plaintiff and Defendant filed their responses to the other party's proposed findings on September 13, 2013 and September 16, 2013, respectively. Having reviewed the pleadings of record and all competent and admissible evidence submitted, the Court finds this matter suitable for decision with further oral argument.

1

Accordingly, the previously scheduled hearing date of September 30, 2013 is hereby vacated and the parties shall not appear at that time. The Court will take the matter under submission and thereafter issue its judgment.

IT IS SO ORDERED.

Dated: September 24, 2013

SENIOR DISTRICT JUDGE